HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEROME TALLEY,<br><br>   Plaintiff,<br><br> v.<br><br>LONNY R. SUKO,<br><br>   Defendant. | CASE NO. C15-5596 RBL<br><br>ORDER APOPTING REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S VARIOUS OTHER MOTIONS |

THIS MATTER is before the Court on the Report and Recommendation of Magistrate Judge J. Richard Creatura [Dkt. #5]. Plaintiff Talley has moved for "final judgment" [Dkt. #6], "summary judgment" [Dkt. #7], and "default judgment" [Dkt. #8].

(1) The Report and Recommendation is **ADOPTED**.

(2) Plaintiff's application to proceed *in forma pauperis* [Dkt. #5] is **DENIED.**

Plaintiff is directed to pay the $400.00 filing fee within **thirty (30) days** of this Order, or the case will be dismissed.

(3) Talley's Motions Judgment [Dkt. #s 6, 7, and 8] are **DENIED**.

ORDER

1   (4) The Clerk shall send copies of this Order to Plaintiff.

3   IT IS SO ORDERED.

4   Dated this 3rd day of November, 2015.

*[signature: Ronald B. Leighton]*

Ronald B. Leighton
United States District Judge

ORDER